## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHELE S., | ) | Civil Action No: 3:24-cv-00380-DJS |
| *Plaintiff*, | ) | |
| | ) | Hon. Daniel J. Stewart |
| v. | ) | United States Magistrate Judge |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of | ) | |
| Social Security | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand and Proposed Order

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Martin O'Malley, | Michele S., |
| Commissioner of | |
| Social Security, | |
| | |
| By His Attorneys, | By Her Attorney, |
| | |
| Carla B. Freedman, | |
| United States Attorney | |
| | |
| */s/ Geoffrey M. Peters* | */s/   Peter A. Gorton*   [1] |
| Geoffrey M. Peters | Peter A. Gorton |
| Special Assistant United States Attorney | Lachman, Gorton Law Firm |
| Office of Program Litigation, Office 2 | P.O. Box 89 |
| Office of the General Counsel | 1500 E. Main St. |

---

[1] Signed by SAUSA Peters on behalf of Mr. Gorton with consent obtained by email.

Social Security Administration  
6401 Security Boulevard  
Baltimore, MD 21235  
(212) 264-1298  
Geoffrey.Peters@ssa.gov

Endicott, NY 13761-0089  
(607) 754-0500  
office@lglaw.org

IT IS SO ORDERED:

_____  
Daniel J. Stewart  
U.S. Magistrate Judge

Dated: ___6/24/2024_____  
          Albany, NY

2